UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLAH SUPREME FREEMAN EL BEY,<br><br>Plaintiff,<br><br>-v-<br><br>AGATA E. RUMPRECHT BEHRENS, Judicial Officer, individually; MARK H. COHEN & ASSOCIATES P.C., individually; 621 VAN NEST AVENUE LLC, individually; and DOES 1-10,<br><br>Defendants. | 26 Civ. 7782 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

On September 9, 2026, *pro se* Plaintiff Allah Supreme Freeman El Bey filed suit against Defendants Agata E. Rumprecht Behrens, Mark H. Cohen & Associates P.C., 621 Van Nest Avenue LLC, and Does 1-10. *See* Dkt. 1. The same day, Plaintiff filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction, along with an affirmation and proposed order. Dkts. 3-5. The Court does not find that the "stringent restrictions imposed . . . by [Federal Rule of Civil Procedure] 65[] on the availability of *ex parte* temporary restraining orders" have been met. *Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 438-39 (1974). Plaintiff has not "clearly show[n] that immediate and irreparable injury, loss, or damage will result . . . before [Defendants] can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A).

To that end, Plaintiff shall promptly serve Defendants with the Complaint, motion for a temporary restraining order and preliminary injunction with supporting papers, and a copy of this Order. Proof of service of these documents shall be filed on the docket no later than September 23, 2026. Plaintiff may seek assistance from the Court's Pro Se Intake Unit as to how to file proof

of service. Information about the Pro Se Intake Unit is available at https://www.nysd.uscourts.gov/prose, and the Unit may be reached at (212) 805-0175. Upon the filing of proof of service, Defendants shall have fourteen days to file an opposition to the requested temporary restraining order and preliminary injunction; Plaintiff shall have seven days to file any reply. The Court emphasizes that it has not ruled on the merits of Plaintiff's emergency request, and instead simply orders notice and an opportunity for Defendants to be heard.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff's address of record at Allah Supreme Freedom El Bey, 558 Grand Concourse 6269, Bronx, NY 10451.

SO ORDERED.

Dated: September 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge